■ Ronald Holmes, Appellant, v New York City Housing Authority et al., Respondents. [776 NYS2d 531]—Order, Supreme

Court, New York County (Louis B. York, J.), entered January 16, 2003, unanimously affirmed for the reasons stated by York, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Lerner, Friedman and Gonzalez, JJ.